# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJC FUNDING LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> TODD MACALUSO, et al., <br><br> Defendants. | CASE NO. 15cv2659-LAB (BLM) <br><br> **ORDER OF DISMISSAL** |

The Court ordered RJC Funding to file a motion dismissing the action or a memorandum explaining why the Court shouldn't dismiss the action for failure to prosecute. RJC Funding filed a motion asking the Court to dismiss the remaining claims against Stacey Macaluso and Tonya Kilionski without prejudice. That motion is granted and the action is dismissed. The clerk shall close the case.[1]

**IT IS SO ORDERED.**

DATED: 7·31·17

HONORABLE LARRY ALAN BURNS
United States District Judge

---

[1] To the extent any claims against defendants other than Stacey Macaluso and Tonya Kilionski have not already been dismissed, the Court dismisses those claims for failure to prosecute and failure to comply with the Court's order to file a memorandum why they shouldn't be dismissed. Fed. R. Civ. P. 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992).